

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2019

No. 04-19-00446-CV

Paul **WILLIAMS** and SACC, Inc.,
Appellants

v.

Barbara **GRANT,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI09043
The Honorable Aaron Haas, Judge Presiding

# O R D E R

The reporter's record was due July 29, 2019. On August 2, 2019, the court reporter responsible for preparing the reporter's record filed a notice stating that the reporter's record has not been filed because: (1) appellant has failed to request the record in writing, and (2) appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore **ORDERED** that appellant provide written proof to this court **within ten (10) days of the date of this order** that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

It is further **ORDERED** that appellant provide written proof to this court **within ten (10) days of the date of this order** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

The reporter's record must be filed no later than ten (10) days after the date appellant's written proofs are filed with this court.

If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those

issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court